B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Case #: 15- |
|---|---|
| **DISTRICT OF *PUERTO RICO*** | **Voluntary Petition** |

| Name of Debtor (If individual, enter Last, First, Middle):<br>*SAN JUAN RESORT OWNERS, INC.* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State)<br>*1428 PAZ GRANELA*<br>*URB. SANTIAGO IGLESIAS*<br>*San Juan, PR*<br><br>ZIPCODE *00921* | Street Address of Joint Debtor (No. & Street, City, and State)<br><br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) *1045 ASHFORD AVENUE, CONDADO, San Juan, PR*<br><br>ZIPCODE *00929* | |

| Type of Debtor (Form of organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other *REAL ESTATE OWNER* | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | | Nature of Debts (Check one box) |
|---|---|---|
| | | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"<br>☒ Debts are primarily business debts. |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Chapter 11 Debtors:<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |
|---|---|---|
| **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | | Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☒ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/13)

| | FORM B1, Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*SAN JUAN RESORT OWNERS, INC.* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition | **X** _____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.
☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)

FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | SAN JUAN RESORT OWNERS, INC. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ <br> Signature of Debtor | X _____ |
| X _____ <br> Signature of Joint Debtor | (Signature of Foreign Representative) |
| Telephone Number (if not represented by attorney) | _____ <br> (Printed name of Foreign Representative) |
| _____ <br> Date | _____ <br> (Date) |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____ <br> Signature of Attorney for Debtor(s) | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| WILLIAM VIDAL CARVAJAL, ESQ. 124803 <br> Printed Name of Attorney for Debtor(s) | |
| WILLIAM VIDAL CARVAJAL LAW OFFICES <br> Firm Name | |
| MCS PLAZA, SUITE 801 <br> Address | |
| PONCE DE LEON AVENUE | _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer |
| San Juan, PR 00918 | _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| 787-764-6867 <br> Telephone Number | |
| 3/5/15 <br> Date | _____ <br> Address |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | _____ |

| Signature of Debtor (Corporation/Partnership) | X _____ |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | _____ <br> Date |
| | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| X _____ <br> Signature of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| LUIS A. CARRERAS PEREZ <br> Printed Name of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| President <br> Title of Authorized Individual | |
| 3/5/15 <br> Date | |

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *SAN JUAN RESORT OWNERS, INC.,*

Case No. *15-*
Chapter   *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 11,000,000.00 | | |
| B-Personal Property | Yes | 3 | $ 1,734,354.68 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 17,563,042.12 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 929,627.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 14,459,439.70 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 12 | $ 12,734,354.68 | $ 32,952,108.82 | |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re _SAN JUAN RESORT OWNERS, INC.,_ _____     Case No. _15-_ _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _LUIS A. CARRERAS PEREZ_ _____, _President_ _____ of the _Corporation_ _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___13___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___3/5/15___         Signature _____

　　　　　　　　　　　　　　　　Name: _LUIS A. CARRERAS PEREZ_
　　　　　　　　　　　　　　　　Title: _President_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:　　　　　　　　　　　　　　　　　　　　　　Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____         Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re SAN JUAN RESORT OWNERS, INC.                                         Case No. _15-_____

Debtor(s)                                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| PARCEL OF LAND OF 1,636.64 SQ. METERES, WITH COMMERCIAL PROPERTY KNOWN AS SAN JUAN BEACH HOTEL (96 ROOMS HOTEL), LOCATED AT 1045, ASHFORD AVENUE, CONDADO, SAN JUAN, PUERTO RICO CADASTER NUMBER 040-028-001-04-901 APPRAISED VALUE AS OF 05/12/2011 (LIQUIDATION VALUE $7,700,000) | | | $11,000,000.00 | $11,000,000.00 |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | 11,000,000.00 | |

B6B (Official Form 6B) (12/07)

In re  SAN JUAN RESORT OWNERS, INC. _____,      Case No. 15– _____
Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ORIENTAL BANK CHECKING ACCOUNT ACCOUNT NO. 1210640408 BALANCE AS OF 2/26/2015 | | $8,011.10 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page   1   of   3

B6B (Official Form 6B) (12/07)

In re  SAN JUAN RESORT OWNERS, INC.                                    ,        Case No.  15–

Debtor(s)                                                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | DUE FROM DORADO SHOPPING CENTER DEVELOPMENT, CORP. BALANCE AS OF 01/26/2015 (AFFILIATED ENTITY) (CONSIDERED UNCOLLECTIBLE) | | $69,304.58 |
| | | DUE FROM PLATAFORMA MUELLE DIEZ, INC. BALANCE AS OF 01/26/2014 (AFFILIATED ENTITY) (CONSIDERED UNCOLLECTIBLE) | | $4,050.00 |
| | | DUE FROM PREMIER HOTEL MANAGEMENT, INC. BALANCE AS OF 12/31/2014 (AFFILIATED ENTITY) (RENTS RECEIVABLE) | | $1,652,989.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |

Page    2    of    3

B6B (Official Form 6B) (12/07)

In re SAN JUAN RESORT OWNERS, INC. _____,  Case No. 15– _____
                    Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total →** | $1,734,354.68 |

Page   3   of   3  

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re SAN JUAN RESORT OWNERS, INC. _____,     Case No. 15- _____
              Debtor(s)                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien    H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| **Account No:**<br><br>*Creditor # : 1*<br>*BANCO POPULAR DE PUERTO RICO*<br>*PO BOX 70354*<br>*San Juan PR 00936 8354* | X | 07/30/2009<br><br>*BANK LOAN SECURED BY PROPERTY*<br><br>*LISTED ON SCHEDULE A, KNOWN AS*<br>*SAN JUAN BEACH HOTEL*<br>*(WITH ACCRUED INTEREST)*<br><br>Value: *$ 11,000,000.00* | | | | *$ 15,322,292.13* | *$ 4,322,292.13* |
| **Account No:**<br><br>*Creditor # : 2*<br>*BANCO POPUPAR DE PUERTO RICO*<br>*PO BOX 70354*<br>*San Juan PR 00936 8354* | | 07/30/2009<br><br>*LINE OF CREDIT SECURED BY*<br><br>*LISTED ON SCHEDULE A, KNOWN AS*<br>*SAN JUAN BEACH HOTEL*<br>*(WITH ACCRUED INTEREST)*<br><br>Value: *$ 11,000,000.00* | | | | *$ 2,240,749.99* | *$ 2,240,749.99* |

No continuation sheets attached

Subtotal $ | *$ 17,563,042.12* | *$ 6,563,042.12*
(Total of this page)

Total $ | *$ 17,563,042.12* | *$ 6,563,042.12*
(Use only on last page)

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/13)

In re SAN JUAN RESORT OWNERS, INC.                                    ,          Case No. 15-
        _____                              _____
                    Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    1     **continuation sheets attached**

Official Form 6E (04/13) - Cont.

In re _SAN JUAN RESORT OWNERS, INC._____ ,        Case No. _15-_____
                        **Debtor(s)**                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | | | |
| Creditor # : 1 COMPANIA DE TURISMO DE PUERTO RICO PO BOX 9023960 San Juan PR 00902-3960 | | 04/10/2007 ROOM TAXES ROOM TAXES OWED SINCE 2007, INCLUDING INTEREST | | | | X | $929,627.00 | $929,627.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets                            Subtotal $ (Total of this page) | 929,627.00 | 929,627.00 | 0.00
attached to Schedule of Creditors Holding Priority Claims

Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)  | 929,627.00

Total $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | 929,627.00 | 0.00

B6F (Official Form 6F) (12/07)

In re **SAN JUAN RESORT OWNERS, INC.** ,
                    Debtor(s)

Case No. **15-** _____
                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1**<br>**BOUTIQUE HOTELS, INC.**<br>**112 CALLE REINA MARGARITA**<br>**Guaynabo PR 00969-3275** | | | 10/07/2014<br>*BREACH OF CONTRACT*<br>*CLAIM UNDER CASE NUM. KAC14-0989* | X | X | X | $ 12,000,000.00 |
| Account No:<br>**Creditor # : 2**<br>**CADILLAC UNIFORMS & LINEN SUPPLY, INC.**<br>**PO BOX 1893**<br>**Bayamon PR 00960-1893** | | | 02/25/2014<br>*COLLECTION OF MONEY*<br>*CLAIM UNDER CASE NUM. KAC2014-0137* | X | X | X | $ 209,340.85 |
| Account No:<br>**Creditor # : 3**<br>**COMPANIA DE TURISMO DE PUERTO RICO**<br>**PO BOX 9023960**<br>**San Juan PR 00902-3960** | | | 04/10/2007<br>*SURCHARGES - ROOM TAXES*<br>*SURCHARGES OVER ROOM TAXES DUE FROM*<br>*04/10/2007 TO PRESENT* | | | X | $ 92,396.00 |

___1___ continuation sheets attached

Subtotal $     $ 12,301,736.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re SAN JUAN RESORT OWNERS, INC.                                    Case No. 15-
_____  ,
                    Debtor(s)                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 4 THE ESTATE OF DON LUIS CARRERAS ACEVEDO PO BOX 9020950 San Juan PR 00902-0950 | | | 01/26/2015 PAYABLE TO STOCKHOLDER'S FATHER (CASH ADVANCES) | | | | $ 232,112.32 |
| Account No: Creditor # : 5 GONZALO GRACIA 112 REINA MARGARITA URB. VILLAS DE TORRIMAR Guaynabo PR 00969 | | | 10/07/2014 MANAGEMENT FEES CLAIM UNDER CASE NUM. KAC14-0989 | X | X | X | $ 75,000.00 |
| Account No: Creditor # : 6 LUIS A. CARRERAS PEREZ 1428 PAZ GRANELA URB. SANTIAGO IGLESIAS San Juan PR 00921 | | | 03/31/2014 PAYABLE TO STOCKHOLDER (CASH ADVANCES) | | | | $ 321,590.53 |
| Account No: Creditor # : 7 MANSIONES DE RIO GRANDE, INC. 1428 PAZ GRANELA AVE. URB. SANTIAGO IGLESIAS San Juan PR 00921 | | | 01/26/2015 LOAN DUE TO AFFILIATED ENTITY | | | | $ 4,000.00 |
| Account No: Creditor # : 8 RAMAROD INC. PO BOX 8205 San Juan PR 00910 | | | 02/28/2012 BREACH OF CONTRACT CLAIM UNDER CASE NUM. DPE2012-0249 | X | X | X | $ 1,525,000.00 |

Sheet No.  1  of  1  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,157,702.85

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)     $ 14,459,439.70

B6G (Official Form 6G) (12/07)

In re *SAN JUAN RESORT OWNERS, INC.* _____ / Debtor   Case No. *15–* _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *CONDADO SAN JUAN HOTEL 2, LLC*<br>*PO BOX 9042*<br>*San Juan PR  00908* | Contract Type: *ASSETS PURCHASE OPTION*<br>Terms: *N/A*<br>Beginning date: *8/21/2014*<br>Debtor's Interest: *SELLER*<br>Description: *OPTION FOR THE SALE OF SAN JUAN RESORT OWNERS'*<br>        *REAL PROPERTY*<br><br>Buyout Option: *N/A* |
| *EMPIRE REALTY GROUP*<br>*CORAL BEACH I*<br>*SUITE 1220*<br>*Carolina PR  00979* | Contract Type: *REALTOR*<br>Terms: *4 MONTHS WITH RENEWAL OPTIONS*<br>Beginning date: *11/28/2012*<br>Debtor's Interest: *SELLER*<br>Description: *BROKERAGE AGREEMENT FOR THE SALE OF THE SAN*<br>        *JUAN BEACH HOTEL WITH A COMMISION OF 3% OF THE*<br>        *TOTAL SELLING PRICE*<br><br>Buyout Option: *NO* |
| *KZ REALTY & ESTEVAN MELENDEZ*<br>*PO BOX 270140*<br>*San Juan PR  00928-2740* | Contract Type: *REALTOR*<br>Terms: *N/A*<br>Beginning date: *11/10/2009*<br>Debtor's Interest: *SELLER*<br>Description: *BROKARAGE AGREEMENT FOR THE SALE OF SAN JUAN*<br>        *BEACH HOTEL LIMITED TO: THE POSSIBLE SALE TO*<br>        *"NIGHT STAR TRAINING JOB COLLAGE, INC."*<br><br>Buyout Option: *NO* |
| *NAI PUERTO RICO*<br>*90 ROAD 165*<br>*SUITE 401*<br>*Guaynabo PR  00968* | Contract Type: *REALTOR*<br>Terms: *N/A*<br>Beginning date: *4/28/2014*<br>Debtor's Interest: *SELLER*<br>Description: *BROKERAGE AGREEMENT FOR THE SALE OF THE SAN*<br>        *JUAN BEACH HOTEL LIMTED TO: "FULCRUM*<br>        *HOSPITALITY, LLC" and/or "SINGERMAN*<br>        *ACQUISITIONS, LLC"*<br><br>Buyout Option: *NO* |

B6G (Official Form 6G) (12/07)

In re _SAN JUAN RESORT OWNERS, INC._____ / Debtor      Case No. _15-_____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| ON THE MARKET REAL ESTATE<br>PMB 470<br>1353 Rd 19<br>Guaynabo PR  00966-2700 | Contract Type: *REALTOR*<br>Terms: *1 YEAR*<br>Beginning date: *3/12/2014*<br>Debtor's Interest: *SELLER*<br>Description: *BROKERAGE AGREEMENT FOR THE SALE OF THE SAN JUAN BEACH HOTEL, WITH A COMMISION OF 4% OF THE TOTAL SELLING PRICE*<br>Buyout Option: *NO* |

B6H (Official Form 6H) (12/07)

In re *SAN JUAN RESORT OWNERS, INC.*                                / Debtor          Case No. *15-*_____
                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *CL OF PUERTO RICO, INC.*<br>*1428 PAZ GRANELA*<br>*URB. SANTIAGO IGLESIAS*<br>*San Juan PR  00921* | *BANCO POPULAR DE PUERTO RICO*<br>*PO BOX 70354*<br>*San Juan PR  00936 8354* |
| *GLOBAL HOTEL MANAGEMENT, INC.*<br>*1428 PAZ GRANELA*<br>*URB. SANTIAGO IGLESIAS*<br>*San Juan PR  00921* | *BANCO POPULAR DE PUERTO RICO*<br>*PO BOX 70354*<br>*San Juan PR  00936 8354* |
| *LUIS A. CARRERAS PEREZ*<br>*1428 PAZ GRANELA*<br>*URB. SANTIAGO IGLESIAS*<br>*San Juan PR  00921* | *BANCO POPULAR DE PUERTO RICO*<br>*PO BOX 70354*<br>*San Juan PR  00936 8354* |

Page _1_ of _1_

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re: *SAN JUAN RESORT OWNERS, INC.,*                                   Case No. *15–*

                            Debtor                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $500,000.00 | AS PER INTERIM FINANCIAL STATEMENTS FOR THE ELEVEN (11) MONTH PERIOD ENDED 02/28/2015 |
| $600,000.00 | AS PER COMPILED FINANCIAL STATEMENTS FOR THE YEAR ENDED 03/31/2014 |
| $630,500.00 | AS PER COMPILED FINANCIAL STATEMENTS FOR THE YEAR ENDED 03/31/2013 |

---

**2. Income other than from employment or operation of business**

None ☒  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 1

B7 - (Official Form 7) (4/13)

---

| None | **3. Payments to creditors** |
|---|---|
| ☒ | Complete a. or b., as appropriate, and c. |

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

| None | |
|---|---|
| ☐ | b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *SEE EXHIBIT I* | | | |

---

| None | |
|---|---|
| ☐ | c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *JOSE M. CARRERAS* | *06/10/2014* | *$152.99* | *$ -* |
| *1428 PAZ GRANELA AVE.* *URB. SANTIAGO IGLESIAS* *SAN JUAN, PR 00921* | | | |
| *BROTHER* | | | |

---

| None | **4. Suits and administrative proceedings, executions, garnishments and attachments** |
|---|---|
| ☐ | a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *BANCO POPULAR DE PUERTO RICO vs. SAN JUAN RESORT OWNERS, INC.; C.L. OF PUERTO RICO, INC.; GLOBAL HOTEL MANAGEMENT, INC.;* | *COLLECTION OF MONEY AND FORECLOSURE ACTION* | *SUPERIOR COURT OF PUERTO RICO, SAN JUAN SECTION* | *STAYED* |

Statement of Affairs - Page 2

B7 - (Official Form 7) (4/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *LUIS A. CARRERAS PEREZ CASE NUM. KCD2012-0328(906)* | | | |
| *COMPANIA DE TURISMO DE PUERTO RICO vs. SAN JUAN RESORTOWNERS, INC.; PREMIER HOTELMANAGEMENT, INC., GLOBAL HOTEL MANAGEMENT INC., D/B/A SAN JUAN BEACH HOTEL; SR. LUIS A. CARRERAS, JANE DOE Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; SR. JOSE CARRERAS PEREZ, JANE DOE Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; SR. GONZALO GRACIA, JANE DOE Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; COMPANIAS DE FIANZA, A, B y C; COMPANIAS ASEGURADORES D, E y F; JOHN DOE CASE NUM. KCD2014-1799* | *COLLECTION OF MONEY* | *COURT OF FIRST INSTANCE OF PUERTO RICO, SAN JUAN SECTION* | *STAYED* |
| *CADILLAC UNIFORM & LINEN SUPPLY, INC. vs. GLOBAL HOTEL MANAGEMENT, ICN., h/n/c SAN JUAN BEACH HOTEL; SAN JUAN RESORTOWNERS, INC.; LUIS CARRERAS PEREZ, su esposa, FULANA DE TAL; la Sociedad de Bienes Ganaciales compuestas por* | *COLLECTION OF MONEY* | *COURT OF FIRST INSTANCE OF PUERTO RICO, SAN JUAN SECTION* | *STAYED* |

B7 - (Official Form 7) (4/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *ambos* *CASE NUM. KAC2014-0137* | | | |
| *BOUTIQUE HOTELS, INC.; GONZALO GRACIA DE MIGUEL vs. LUIS CARRERAS PEREZ; SAN JUAN RESORT OWNERS, INC.; CONDADO SAN JUAN HOTEL 2, LLC CASE NUM. KAC14-0989* | *BREACH OF CONTRACT AND DAMAGES* | *COURT OF FIRST INSTANCE OF PUERTO RICO, SAN JUAN SECTION* | *STAYED* |
| *RAMAROD INC Y TOMMY R. HABIBE ARIAS vs. DORAMAR DEVELOPMENT INC; SAN JUAN RESORT OWNERS, INC.; LUIS CARRERAS (PADRE) LUIS CARRERAS (HIJO) JOSE CARRERAS; FULANO DE TAL; ABC INSURANCE COMPANY CASE NUM.* | *BREACH OF CONTRACT AND DAMAGES* | *COURT OF FIRST INSTANCE OF PUERTO RICO, SAN JUAN SECTION* | *STAYED* |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

---

**7. Gifts**

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *CPA LUIS R. CARRASQUILLO & CO., PSC*<br><br>*CALLE 28, TI-26*<br>*AVENIDA TURABO GARDENS*<br>*CAGUAS, PR 00725* | *SAN JUAN RESORT OWNERS, INC.*<br><br>*01/26/2015* | *$25,000.00*<br><br>*RETAINER FEE* |
| *WILLIAM VIDAL CARVAJAL, ESQ.*<br><br>*MCS PLAZA, SUITE 801*<br>*PONCE DE LEON AVENUE*<br>*San Juan, PR 00918* | *SAN JUAN RESORT OWNERS, INC.*<br><br>*01/26/2015* | *$25,000.00*<br><br>*RETAINER FEE* |

---

**10. Other transfers**

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 5

B7 - (Official Form 7) (4/13)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *BANCO POPULAR DE PUERTO RICO PO BOX 70354 SAN JUAN, PR 00936-8354* | *FLEXICUENTA DE NEGOCIOS ACCOUNT NO. 226-350212 FINAL BALANCE $2,363.21* | *05/13/2014* |
| *BANCO POPULAR DE PUERTO RICO PO BOX 70354 SAN JUAN, PR 00936-8354* | *FLEXICUENTA DE NEGOCIOS ACCOUNT NO. 203-360647 FINAL BALANCE ($0.78)* | *04/30/2014* |

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law.

Statement of Affairs - Page 6

B7 - (Official Form 7) (4/13)

       a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☒

       b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☒

       c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☒

       a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

       If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

       If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None
☒

       b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

       (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.    A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐

       a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                 DATES SERVICES RENDERED

*JAIME COLON ESPADA, CPA*                           *2007 - PRESENT*

*130 WINSTON CHURCHILL AVE.*
*PMB 122 SUITE 1*

                                                     Statement of Affairs - Page 7

B7 - (Official Form 7) (4/13)

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

*SAN JUAN, PR 00926-6018*

None ☐    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| *COLON ESPADA ACCOUNTING GROUP CERTIFIED PUBLIC ACCOUNTANTS* | *130 WINSTON CHURCHILL AVE.* *PMB 122 SUITE 1* *SAN JUAN, PR 00926-6018* | *2010 - PRESENT* |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *JAIME COLON ESPADA, CPA* | *130 WINSTON CHURCHILL AVE.* *PMB 122 SUITE 1* *SAN JUAN, PR 00926-6018* |

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

Statement of Affairs - Page 8

B7 - (Official Form 7) (4/13)

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| LUIS A. CARRERAS PEREZ<br>1428 PAZ GRANELA<br>URB. SANTIAGO IGLESIAS<br>SAN JUAN, PUERTO RICO 00921 | PRESIDENT AND<br>STOCKHOLDER | 90% |
| JOSE M. CARRERAS<br>1428 PAZ GRANELA AVE.<br>URB. SANTIAGO IGLESIAS<br>SAN JUAN, PR 00921 | SECRETARY &<br>TREASURER | 0% |
| BOUTIQUE HOTELS, INC.<br>112 CALLE REINA MARGARITA<br>GUAYNABO, PR 00969-3275 | STOCKHOLDER | 10% |

**22. Former partners, officers, directors and shareholders**

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Statement of Affairs - Page 9

B7 - (Official Form 7) (4/13)

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information, and belief.

Date ___3/5/15___                    Signature _____

                                     LUIS A. CARRERAS PEREZ          President
                                     Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

Statement of Affairs - Page 10

SAN JUAN RESORT OWNERS, INC.                                      EXHIBIT I

CHECKS 90 DAYS

| CheckDate | CheckNumber | RecipientName | Memo | Amount |
|---|---|---|---|---|
| 1/26/2015 | 1118 | CPA LUIS R. CARRASQUILLO & CO., P.S.C. | Chapter 11 Retainer | $  25,000.00 |
| 2/25/2015 | 1124 | CPA LUIS R. CARRASQUILLO & CO., P.S.C. | CONSULTING SERV. | 13,440.40 |
| | | **CPA LUIS R. CARRASQUILLO & CO., P.S.C. Total** | | **38,440.40** |
| 12/10/2014 | 1109 | LEDESMA, VARGAS & VILLARRUBIA | LEGAL FEES | 20,529.93 |
| 1/27/2015 | 1119 | LEDESMA, VARGAS & VILLARRUBIA | LEGAL FEES | 9,527.20 |
| | | **LEDESMA, VARGAS & VILLARRUBIA Total** | | **30,057.13** |
| 12/1/2014 | 1107 | MARIA BOBONIS ZEQUEIRA | LEGAL FEES | 8,000.00 |
| 12/23/2014 | 1111 | MARIA BOBONIS ZEQUEIRA | LEGAL FEES | 8,000.00 |
| 1/26/2015 | 1116 | MARIA BOBONIS ZEQUEIRA | LEGAL FEES | 8,000.00 |
| | | **MARIA BOBONIS ZEQUEIRA Total** | | **24,000.00** |
| 11/6/2014 | 1104 | WILLIAM VIDAL | LEGAL FEES | 4,437.50 |
| 12/5/2014 | 1108 | WILLIAM VIDAL | LEGAL FEES | 4,187.50 |
| 1/14/2015 | 1114 | WILLIAM VIDAL | LEGAL FEES | 4,187.50 |
| 1/26/2015 | 1117 | WILLIAM VIDAL | Chapter 11 Retainer | 25,000.00 |
| 2/4/2015 | 1120 | WILLIAM VIDAL | LEGAL FEES | 4,500.00 |
| 2/25/2015 | 1122 | WILLIAM VIDAL | LEGAL FEES | 8,000.00 |
| 2/25/2015 | 1123 | WILLIAM VIDAL | LEGAL FEES | 8,375.00 |
| | | **WILLIAM VIDAL Total** | | **58,687.50** |
| | | | **GRAND TOTAL** | **$ 151,185.03** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *SAN JUAN RESORT OWNERS, INC.*

Case No. *15-*
Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>BOUTIQUE HOTELS, INC.<br>112 CALLE REINA MARGARITA<br>Guaynabo PR 00969-3275 | Phone: 787-755-1001<br>BOUTIQUE HOTELS, INC.<br>315 WINSTON CHRUCHILL AVE.<br>San Juan PR 00926 | BREACH OF CONTRACT | C<br>U<br>D | $ 12,000,000.00 |
| 2<br>BANCO POPULAR DE PUERTO RICO<br>PO BOX 70354<br>San Juan PR 00936 8354 | Phone: 787-759-7000<br>BANCO POPULAR DE PUERTO RICO<br>PO BOX 70354<br>San Juan PR 00936-8354 | BANK LOAN SECURED BY PROPERTY<br><br>Value:<br>Net Unsecured: | | $ 15,322,292.13<br><br>$ 11,000,000.00<br>$ 4,322,292.13 |
| 3<br>BANCO POPUPAR DE PUERTO RICO<br>PO BOX 70354<br>San Juan PR 00936 8354 | Phone: 787-759-7000<br>BANCO POPUPAR DE PUERTO RICO<br>PO BOX 70354<br>San Juan PR 00936-8354 | LINE OF CREDIT SECURED BY<br><br>*Value:<br>Net Unsecured:<br>*Prior Liens Exist | | $ 2,240,749.99<br><br>$ 11,000,000.00<br>$ 2,240,749.99 |
| 4<br>RAMAROD INC.<br>PO BOX 8205<br>San Juan PR 00910 | Phone: 787-725-1000<br>RAMAROD INC.<br>PO BOX 8205<br>San Juan PR 00910 | BREACH OF CONTRACT | C<br>U<br>D | $ 1,525,000.00 |
| 5<br>COMPANIA DE TURISMO DE PUERTO RICO<br>PO BOX 9023960<br>San Juan PR 00902-3960 | Phone: 787-721-2898<br>COMPANIA DE TURISMO DE PUERTO RICO<br>PO BOX 9023960<br>San Juan PR 00902-3960 | ROOM TAXES | D | $ 929,627.00 |

Page 1

B4 (Official Form 4) (12/07)

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>CADILLAC UNIFORMS & LINEN SUPPLY, INC.<br>PO BOX 1893<br>Bayamon PR 00960-1893 | Phone: 787-785-5757<br>CADILLAC UNIFORMS & LINEN SUPP<br>PO BOX 1893<br>Bayamon PR 00960-1893 | COLLECTION OF MONEY | C<br>U<br>D | $ 209,340.85 |
| 7<br>COMPANIA DE TURISMO DE PUERTO RICO<br>PO BOX 9023960<br>San Juan PR 00902-3960 | Phone: 787-721-2898<br>COMPANIA DE TURISMO DE PUERTO RICO<br>PO BOX 9023960<br>San Juan PR 00902-3960 | SURCHARGES - ROOM TAXES | D | $ 92,396.00 |
| 8<br>GONZALO GRACIA<br><br>URB. VILLAS DE TORRIMAR<br>Guaynabo PR 00969 | Phone: 787-525-6107<br>GONZALO GRACIA<br>112 REINA MARGARITA<br>URB. VILLAS DE TORRIMAR<br>Guaynabo PR 00969 | MANAGEMENT FEES | C<br>U<br>D | $ 75,000.00 |
| 9<br>MANSIONES DE RIO GRANDE, INC.<br>URB. SANTIAGO IGLESIAS<br>San Juan PR 00921 | Phone: 787-792-7243<br>MANSIONES DE RIO GRANDE<br>1428 PAZ GRANELA AVE.<br>URB. SANTIAGO IGLESIAS<br>San Juan PR 00921 | LOAN DUE TO AFFILIATED ENTITY | | $ 4,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, LUIS A. CARRERAS PEREZ _____, President _____ of the Corporation _____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: 3/5/15 _____

Signature _____

Name: LUIS A. CARRERAS PEREZ

Title: President

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *SAN JUAN RESORT OWNERS, INC.,*

Case No. *15-*
Chapter *11*

_____ / Debtor

Attorney for Debtor: *WILLIAM VIDAL CARVAJAL, ESQ.*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___*2*___ pages, is true, correct and complete to the best of my knowledge.

Date: _____    _____
3/5/15                            Debtor

*WILLIAM VIDAL CARVAJAL, ESQ.*
*Attorney for the debtor(s)*
*MCS PLAZA, SUITE 801*
*PONCE DE LEON AVENUE*
*San Juan, PR  00918*

```
SAN JUAN RESORT OWNERS, INC.
1428 PAZ GRANELA
URB. SANTIAGO IGLESIAS
San Juan, PR  00921


WILLIAM VIDAL CARVAJAL, ESQ.
MCS PLAZA, SUITE 801
PONCE DE LEON AVENUE
San Juan, PR  00918


BANCO POPULAR DE PUERTO RICO
PO BOX 70354
San Juan, PR  00936 8354


BOUTIQUE HOTELS, INC.
112 CALLE REINA MARGARITA
Guaynabo, PR  00969-3275


CADILLAC UNIFORMS & LINEN SUPPLY, INC.
PO BOX 1893
Bayamon, PR  00960-1893


CL OF PUERTO RICO, INC.
1428 PAZ GRANELA
URB. SANTIAGO IGLESIAS
San Juan, PR  00921


COMPANIA DE TURISMO DE PUERTO RICO
PO BOX 9023960
San Juan, PR  00902-3960


CONDADO SAN JUAN HOTEL 2, LLC
PO BOX 9042
San Juan, PR  00908


EMPIRE REALTY GROUP
CORAL BEACH I
SUITE 1220
Carolina, PR  00979


GLOBAL HOTEL MANAGEMENT, INC.
1428 PAZ GRANELA
URB. SANTIAGO IGLESIAS
San Juan, PR  00921
```

GONZALO GRACIA
112 REINA MARGARITA
URB. VILLAS DE TORRIMAR
Guaynabo, PR  00969


KZ REALTY & ESTEVAN MELENDEZ
PO BOX 270140
San Juan, PR  00928-2740


MANSIONES DE RIO GRANDE, INC.
1428 PAZ GRANELA AVE.
URB. SANTIAGO IGLESIAS
San Juan, PR  00921


NAI PUERTO RICO
90 ROAD 165
SUITE 401
Guaynabo, PR  00968


ON THE MARKET REAL ESTATE
PMB 470
1353 Rd 19
Guaynabo, PR  00966-2700


RAMAROD INC.
PO BOX 8205
San Juan, PR  00910

## CERTIFIED COPY OF RESOLUTION OF THE BOARD
## OF DIRECTORS AUTHORIZING THE FILING OF
## PETITION FOR REORGANIZATION UNDER CHAPTER 11
## OF THE BANKRUPTCY CODE

RESOLVED:  Whereas SAN JUAN RESORT OWNERS, INC. (the "Corporation") is unable to meet its obligations as they mature;

Whereas, creditors have undertaken and/or are threatening to undertake steps to obtain possession of the Corporation's assets;

Now therefore, be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Corporation and that Luis A. Carreras Peréz, the Corporation's President, be and hereby is authorized to execute on behalf of the Corporation and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That Luis A. Carreras Peréz, be and hereby is authorized to pay unto the Clerk of the Court all necessary filling fees required by law by the Corporation or in its behalf, and be it further resolved;

That William Vidal Carvajal, Esq. law offices be employed to act as counsel for the Corporation in such bankruptcy proceedings.

The undersigned hereby certifies that he is the Secretary of the Corporation, and that the above is a true and correct copy of a resolution adopted by its Board of Directors at a duly constituted meeting held on the 26th of November, 2015, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness hereof, I have hereunto set my hand and affixed the seal of said corporation this 5th day of March, 2015.

**JOSE M. CARRERAS PEREZ**
**SECRETARY**

*SAN JUAN RESORT OWNERS, INC.*
*Certified Copy of Corporate Resolution*
Page - 2 –

I, Jose M. Carreras Perez, Secretary of **SAN JUAN RESORT OWNERS, INC.**, of legal age, single, and resident of San Juan, PR do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

San Juan, Puerto Rico, this 5th day of March, 2015.


**JOSE M. CARRERAS PEREZ**
**SECRETARY**